STATE of Missouri, Respondent,

v.

Russell DRAPER, Appellant.

No. WD 52608.

Missouri Court of Appeals,
Western District.

April 22, 1997.

Rosemary E. Percival, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Russell Draper appeals his convictions of one count of burglary in the first degree, one count of felony stealing, and one count of tampering in the first degree. We affirm. Rule 30.25(b).